# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:  Yellow Corporation, *et al.*, | : | Chapter 11 |
| | : | |
| Debtors. | : | Bk. Case No. 23-11069 (CTG) |
| _____ | : | |
| | : | |
| International Brotherhood of Teamsters, | : | Civ. No. 25-307 (JLH) |
| Teamsters National Freight Industry | : | Civ. No. 25-377 (JLH) |
| Negotiating Committee, International | : | |
| Association of Machinists and Aerospace | : | |
| Workers, | : | |
| | : | |
| Appellants and Cross-Appellees, | : | |
| | : | |
| v. | : | |
| | : | |
| Yellow Corporation, *et al.*, | : | |
| | : | |
| Appellees and Cross-Appellants. | : | |

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and the International Association of Machinists and Aerospace Workers appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the District of Delaware entered in this case on June 29, 2026 [D.I. 59] which (i) reversed the portion of the Bankruptcy Court's Summary Judgment Order of January 13, 2025 that found the WARN notices the Debtors issued to the Unions were insufficient to

permit the Debtors to rely on the faltering company defense to avoid liability under the WARN Act; and (ii) Affirmed, on alternate grounds, the Bankruptcy Court's order of March 12, 2025, which found the Debtors did not have liability under the WARN Act, with the exception of liability under the New Jersey WARN Act.

Dated:  July 14, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

Yingtao Ho (admitted pro hac vice)
THE PREVIANT, LAW FIRM, S.C.
310 W Wisconsin Ave, Suite 100MW
Milwaukee, Wisconsin 53203
(414) 271-4500
(414) 271-6308
yh@previant.com

*Counsel for Appellants International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and International Association of Machinists*