IN RE:  YELLOW CORPORATION, et al.,

       Debtors


      INTERNATIONAL BROTHERHOOD OF TEAMSTERS;
      TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE;
      INTERNATIONAL ASSOCIATION OF MACHINISTS,

       Appellants