OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

July 27, 2026

## NOTICE

Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1. See Order Adopting and Amending Local Appellate Rules or access the Court's website for information.