**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
International Brotherhood of Teamsters, et al. v. Yellow Corporation, et al.

APPEAL FROM DISTRICT COURT:
District: Delaware
D.C. Docket No.: 25-cv-00307
Date proceedings initiated in D.C.: March 12, 2025
Date Notice of Appeal filed: July 14, 2026
USCA No.: 26-2751

COUNSEL ON APPEAL

**Appellant(s)**: International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee and International Association of Machinists
Name of Counsel: Susan E. Kaufman
Name of Party(ies): International Brotherhood of Teamsters, Teamsters National Freight Negotiating Committee, IAM
Address: 919 N. Market Street, Wilmington, DE 19801
Telephone No.: 302-472-7420
Fax No.: 302-792-7420
E-mail: skaufman@skaufmanlaw.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: George W. Hicks, Jr.
Name of Party(ies): Yellow Corporation, et al.
Address: 333 West Wolf Point Plaza, Chicago, IL 60654
Telephone No.: (312) 862-2000
Fax No.:
E-mail: george.hicks@kirkland.com

Name of Counsel: Laura Davis Jones
Name of Party(ies): Yellow Corporation, et al.
Address: 919 N. Market Street, 17th Floor, Wilmington, DE 19801
Telephone No.: 302-652-4100
Fax No.:
E-mail: ljones@pszjlaw.com

Is this a Cross-Appeal? Yes ☐ No ☑
Appeals Docket No.:

Was there a previous appeal in case? Yes ☐ No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal? Yes ☐ No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? Yes ☐ No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:____________________

D.C. Docket No.:____________________

Court or Agency:____________________

Docket Number:____________________

Citation, if reported:____________________

---

**NATURE OF SUIT**

**(Check as many as apply)**

1. FEDERAL STATUTES

- ☐ ANTITRUST
- ☑ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☑ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:____________

2. TORTS

- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:____________

3. CONTRACTS

- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:____________

4. PRISONER PETITIONS

- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:____________

5. OTHER

- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:____________
- ☐ OTHER Specify:____________

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 6th day of August, 2026.

Signature of Counsel: /s/ Susan E. Kaufman