# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

**District Court** District of Delaware **Court of Appeals Docket No.** 26-2751

**District Court Docket No.** 25-cv-00307 (JLH)

Short Case Title International Brotherhood of Teamsters et al. v. Yellow Corporation, et al.

Date Notice of Appeal Filed by Clerk of District Court July 27, 2026

**Part I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Check one of the following and serve ALL COPIES:

**TRANSCRIPT:**

_______ None X Unnecessary for appeal purposes.

_______ Already on file in the District Court Clerk's office.

_______ This is to order a transcript of the proceedings heard on the date listed below from ____________________ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

______________________________________________

______________________________________________

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

_______ Voir dire _______ Open Statement of Plaintiff _______ Opening Statement of Defendant

_______ Closing Argument of Plaintiff _______ Closing Argument of Defendant

_______ Jury Instructions _______ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

_______ CJA Form submitted to District Court Judge _______ Motion for Transcript has been submitted to District Court

_______ CJA Form submitted to Court of Appeals _______ Private Funds

Signature /s/ Susan E. Kaufman Date August 6, 2026

Print Name Susan E. Kaufman Counsel for Appellants

Address 919 N. Market Street, Wilm., DE 19801 Telephone (302) 472-7420

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

_______ Arrangements for payment were made on ____________________

_______ Arrangements for payment have not been made pursuant to FRAP 10(b)

**Date** **Name of Court Report** **Telephone**

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages ______________ Actual Number of Volumes ______________

Date Signature of Court Reporter