**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-2751

In re: Yellow Corporation, et al

(D. Del. No.: 1:25-cv-00307)

**ORDER**

It is hereby ORDERED that the Briefing and Scheduling Order issued on August 14, 2026, is vacated as having been issued prematurely. A new briefing schedule will be issued at the appropriate time.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 20, 2026
ARR/cc:
George W. Hicks Jr., Esq.
Yingtao Ho, Esq.
Laura D. Jones, Esq.
Susan E. Kaufman, Esq.
Peter J. Keane, Esq.
Emma M. Woods, Esq.