**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-2751
District Court Case Number: 1:25-cv-00307

International Brotherhood of Teamsters, *et al.*

v.

Daniel H. Golden, as Liquidating Trustee on behalf of Yellow Corporation, *et al.*

**NOTICE OF NON-ENTRY OF APPEARANCE ON BEHALF OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, *ET AL*.**

PLEASE TAKE NOTICE that Emma M. Woods, formerly of The Previant Law Firm S.C., will not be entering her appearance in the captioned matter.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

*Counsel for International Brotherhood of Teamsters, Teamsters Freight Negotiating Committee and International Association of Machinists*